# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

NOT FOR PUBLICATION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **Civil Action No. 17-72146648 (SRC)** |
| v. | **ORDER** |
| BALJINDER SINGH, a/k/a Davinder Singh, | |
| Defendant. | |

**CHESLER**, District Judge

This matter comes before the Court upon Plaintiff's filing of a motion for summary judgment (Docket No. 7) pursuant to Federal Rule of Civil Procedure 56(c), to seek an order of denaturalization against Defendant Baljinder Singh a/k/a Davinder Singh under 8 United States Code § 1451(a).

The Court has reviewed Plaintiff's unopposed submission, and for the reasons set forth in the accompanying Opinion; and for good cause shown;

**IT IS** on this 5th day of January, 2018;

**ORDERED** that the Plaintiff's motion for summary judgment (Docket No. 7) is **GRANTED**; and further

**ORDERED** that Defendant's naturalization is revoked in accordance with 8 United States Code § 1451(a); and further

**ORDERED** that the Certificate of Naturalization No. 29916157 issued to Defendant on July 28, 2006 is hereby canceled.

2

   /s Stanley R. Chesler
STANLEY R. CHESLER
United States District Judge

Dated: January 5, 2018